

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICAH PHAREZ MARTIN
    aka Lil Pat,

        Defendant.

_____/

Case: 2:20-mj-30130
Judge: Unassigned,
Filed: 03-13-2020
REM: USA v MICAH MARTIN (MAW)

Originating No: 3:19-cr-137

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## <u>ANOTHER DISTRICT AND SUPPORTING BRIEF</u>

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the

United States of America hereby petitions the Court for an amended order

transferring defendant MICAH PHAREZ MARTIN to answer to charges pending

in another federal district, and states:

    1.    On or about March 13, 2020, defendant was arrested in the Eastern

District of Michigan in connection with a federal arrest warrant issued in the

District of North Dakota based on an Indictment.

    2.    Rule 5 requires this Court to determine whether defendant is the

1

person named in the arrest warrant described in Paragraph One above.   *See* Fed.

R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer

proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Matthew Schneider
United States Attorney

Robert VanWert
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI    48226-3211
robert.vanwert@usdoj.gov
(313) 226-9776

Date: 3/13/20

2